WILLIAM A. BAULCH, Respondent, *v.* JAMES S. GLASGOW
et al., Appellants.

(Argued February 15, 1929; decided March 19, 1929.)

*Joseph P. Hogan* for appellants.
*Charles B. Bechtold* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG and O'BRIEN, JJ.   Not sitting: HUBBS, J.